IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS RIEL, DIANE THOMPSON and FRED PYSHER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 04-90-Erie (McLaughlin, J.) |
| CITY OF BRADFORD, | ) ) | (Electronically Filed) |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that plaintiffs above named hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of Judgment entered in this action on the 31st day of August, 2005.

Respectfully submitted,

**AMBROSE, FRIEDMAN and WEICHLER**

BY   s/   Philip B. Friedman
Philip B. Friedman, Esquire
Attorney for Plaintiffs
319 West 8th Street
Erie, Pennsylvania  16502
814/452-3069
pfriedlaw@surferie.net
Supreme Court I.D. # 27554

AND

s/   Witold J. Walczak
American Civil Liberties Foundation of Pennsylvania
313 Atwood Street
Pittsburgh PA 15213
412/681-7864
Supreme Court ID 62976