CA 04-90 E

appeal fee

Receipt #
06-15

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     # 06000015 - JD
       October 11, 2005


   Code    Case #    Qty      Amount

   APPEAL D 04-90ca e   1 @  255.00
                              255.00 CC


        TOTAL→           255.00


   FROM: PHILLIP FRIEDMAN
         4707 GLEN CREST DRIVE
         ERIE PA 16509
```