UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-4425

———

THOMAS RIEL;
DIANE THOMPSON;
FRED PYSHER,

Appellants

v.

CITY OF BRADFORD

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 04-cv-00090)
District Judge: Honorable Sean J. McLaughlin

———

Argued December 12, 2006
Before: FISHER and CHAGARES, *Circuit Judges*,
and BUCKWALTER,[*] *District Judge*.

———

JUDGMENT

———

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued on December 12, 2006.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered August 31, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

---

[*]The Honorable Ronald L. Buckwalter, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

    Costs taxed against Appellants.

                                                                   Attest:

                                             /s/ Marcia M. Waldron
                                                     Clerk

DATED:  May 2, 2007

Costs added hereto in favor of Appellee, as follows:

    Brief............................................$   69.74
    Supplemental Appendix.............$ 172.77

    **Total...........................................$ 325.00**

**Certified as a true copy and issued in lieu
of a formal mandate on May 29, 2007**

**Teste:  /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals
For the Third Circuit.**